## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**BENSON EVERETT LEGG**  
Chief Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
410-962-0723

March 19, 2003

MEMORANDUM TO MR. PHILLIPS RE:   Tilghman-on-Chesapeake Community Association, et al. v. Mary D. Di Bernardo, et al.  
Civil #L-03-66

Dear Mr. Phillips:

    The Court is in receipt of your recently filed Line stating that you are withdrawing as counsel for the defendants in the above-captioned matter as they have decided to proceed *pro se*. Pursuant to Local Rule 101.2(a), you must request permission from the Court to withdraw your appearance. No such permission has been requested, and until an appropriate motion requesting to withdraw is filed and granted, you will remain counsel of record for the defendants.

    Before I can rule on any motion to withdraw that you may file, you are to comply with Local Rule 101.2(a), including the requirement that you provide written notice to the defendants. If the defendants oppose your request to withdraw, then they should state their reasons in a letter addressed to me no later than 10 days after you file your motion to withdraw. If I hear nothing from the defendants, then I will grant your motion to withdraw and the defendants will be responsible for representing themselves, unless they obtain substitute counsel.

    You are directed to send a copy of this memorandum order to the defendants.

    Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Counsel of Record  
    Court file