UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 24, 2003

MEMORANDUM TO COUNSEL RE:   Tilghman-on-Chesapeake Community Assoc., et al.
v. Mary D. DiBernardo, et al.
Civil #L-03-66

Dear Counsel:

This case is ripe for a scheduling order.  The Court, however, will postpone issuing such an order until it has ruled on Mr. Phillips's anticipated motion to withdraw, which is due on or before April 1, 2003.  If no motion is filed by then, the Court will issue a scheduling order.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/ Benson Everett Legg

c:      Court file