| | | |
|---|---|---|
| TILGHMAN-ON-CHESAPEAKE COMMUNITY ASSOCIATION, *et al* | * | IN THE UNITED STATES |
| PLAINTIFF | * | DISTRICT COURT |
| V. | * | FOR THE DISTRICT |
| MARY D. DIBERNARDO, *et al* | * | OF MARYLAND |
| DEFENDANT | * | CIVIL ACTION NO.: L-03-CV-66 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

FILED _____ ENTERED
_____ LODGED _____ RECEIVED
MAR 2 5 2003
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION TO WITHDRAW AS COUNSEL

Comes Now, Richard S. Phillips, and moves the Court to withdraw his appearance as counsel and support thereof states as follows:

1. Defendants in this matter hired counsel to review matters for them and in this process, counsel was involved in negotiating an extension of time for Answer.

2. And according to the fact, counsel never formally entered an appearance in this case, but was mentioned in a submission by Plaintiff's counsel to the Court requesting an extension of time for the Answer.

3. Prior to the time for the Answer, counsel was informed by his client Mary DiBernardo, Esquire, who is a lawyer licensed to practice in the state of New Jersey, that she would be proceeding *pro se* in this matter and would not require my further assistance.

4. And in addition, client mentioned that she had several additional advisors who she felt could assist her in the event that it was necessary. In any case, she made it clear that she did not wish for me to continue working in this matter.

LAW OFFICES
Walsh & Phillips
22 WEST DOVER STREET
P.O. BOX 240
EASTON, MARYLAND 21601

(410) 820-4455

WHEREFORE, counsel prays this Court to strike his appearance in this matter.

Richard S. Phillips, Esq   03315
Walsh & Phillips, P.A
22 W. Dover Street
P.O. Box 240
Easton, MD 21601

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March 2003, a copy of the foregoing Motion to Withdraw As Counsel was sent first class mail, postage prepaid to:

Mr. Kurt Fischer
Ms. Melissa L. Machiewicz
Piper Rudnick LLC
6225 Smith Avenue
Baltimore, MD 21209-3600

Mary DiBernardo
35 Deer Haven Drive
Mullica Hill, NJ 08062

Richard S. Phillips, Esq

LAW OFFICES
Walsh & Phillips
2 WEST DOVER STREET
P.O. BOX 240
ASTON, MARYLAND 21601

(410) 820-4455

| | | |
|---|---|---|
| TILGHMAN-ON-CHESAPEAKE COMMUNITY ASSOCIATION, *et al* | * | IN THE UNITED STATES |
| PLAINTIFF | * | DISTRICT COURT |
| V. | * | FOR THE DISTRICT |
| MARY D. DIBERNARDO, *et al* | * | OF MARYLAND |
| DEFENDANT | | CIVIL ACTION NO.: L-03-CV-66 |

\* \* \* \* \* \* \* \*

*FILED ___ ENTERED*
*LODGED ___ RECEIVED*
MAR 2 5 2003
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER

COMES THIS DAY, Richard S. Phillips, and prays this Court to withdraw his appearance as counsel in the above captioned matter, as the Defendants have decided to proceed *pro se*, and it is therefore

ORDERED, ADJUGED and DECREED that the appearance of Richard S. Phillips is hereby striken.

Entered this ___ day of _____, 2003

_____
JUDGE

LAW OFFICES
Walsh & Phillips
2 WEST DOVER STREET
P.O. BOX 240
ESTON, MARYLAND 21601

(410) 820-4455