TILGHMAN-ON-CHESAPEAKE    FILED    IN THE UNITED STATES
COMMUNITY ASSOCIATION    U.S. DISTRICT COUR DISTRICT OF MARYLAND

    PLAINTIFF    2003 APR -3 P 4: 23 DISTRICT COURT    MAR 2 5 2003

V.    FOR THE DISTRICT    AT BALTIMORE CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND

MARY D. DIBERNARDO, et al    OF MARYLAND    BY    DEPUTY

    DEFENDANT    CIVIL ACTION NO.  L-03-CV-66

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

COMES THIS DAY, Richard S. Phillips, and prays this Court to withdraw his appearance as counsel in the above captioned matter, as the Defendants have decided to proceed *pro se*, and it is therefore:

ORDERED, ADJUGED and DECREED that the appearance of Richard S. Phillips is hereby striken

Entered this _2nd_ day of _April_, 2003

_____
JUDGE

LAW OFFICES
**Walsh & Phillips**
2 WEST DOVER STREET
P.O. BOX 240
STON, MARYLAND 21601

(410) 820-4455